February 14, 2015

FILED IN
The Court of Appeals
Sixth District

FEB 2 0 2015

Texarkana, Texas
Debra K. Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

FEB 2 0 2015

Texarkana, Texas
Debra Autrey, Clerk

Court of Appeals
Sixth Appellate District
State of Texas

RE: Appellate Case Number: 06-15-00008-CV
Trial Court Case Number: 22015; 22349

Style: Billy D. Caldwell
vs.
The State of Texas

Pursuant to Rule 32.1 Docketing Statement

(appellant's name and address)
Billy D. Caldwell
TDCJ-ID# 1494105
Duncan Unit
1502 S. First St.
Diboll, Texas 75941

The Notice of Appeal was mailed to the 6TH District Court Lamar County, Texas VIA United States Postal Service by way of certified mail on January 9, 2015. The Notice of Appeal was recieved January 12, 2015 by JENNIFER FRAZIER; appellant is not aware of actual file date, never recieved response from court.

Pg. 1 of 2

(the trial courts name and county)
Sixth District Court
Lamar County, Texas
The Honorable ERIC S. CLIFFORD Presiding Judge
December 29, 2015 was the date the order was
signed that is being appealed

The date the motion was filed that this is
being appealed from was December 15, 2015

Appellant filed an application of indigence on
April 17, 2007 in the convicting court, It was
then filed April 18, 2007. Appellant was indigent
at that time and is still indigent at this time.

_____
Billy D. Caldwell
APPELLANT   PRO SE

BILLY D. CALDWELL
TDCJ-ID # 1494105
DUNCAN UNIT
1502 S. FIRST ST.
DIBOLL, TEXAS 75941

State of Texas § 6TH Judicial
vs. 22015 + 22349 § District Court
Billy D. Caldwell § Lamar County, Texas

RECEIVED IN
The Court of Appeals
Sixth District

FEB 20 2015

Texarkana, Texas
Debra Autrey, Clerk

## Notice of Appeal

Notice is hereby given that the State of Texas 6TH Judicial District Court vs. Billy D. Caldwell in the above named cause hereby appeal to the Texas Court of Appeals for the 6TH Circuit from the final judgment, from an order on a Motion to Reimburse Court Appointed Attorney Fees Withdrawn from Defendants Inmate Trust Fund Account. The Motion was ordered denied on Dec. 29th, 2014.

Defendant received a copy of the denied order on the motion on Jan. 6, 2015. Now defendant Billy D. Caldwell TDCJ-ID #1494105 files this Notice of Appeal this 9th day of Jan., 2015.

Billy D. Caldwell #1494105

PRO SE   BILLY D. CALDWELL #1494105
1502 S. First St.
DUNCAN UNIT
DIBOLL, TEXAS 75941

RECEIVED IN
The Court of Appeals
Sixth District

FEB 2 0 2015

Texarkana, Texas
Debra Autrey, Clerk

2-14-15

Court of Appeals
Sixth Appellate District
State of Texas

RE: Appellate Case Number: 06-15-00008-CV
Trial Court Case Number: 22015; 22349

Style: Billy D. Caldwell
          VS.
          The State of Texas

Dear Clerk,
        Please find enclosed my notice of appeal filed in the 6TH District Court Lamar County, Texas. I was not aware that I should send you copy, also you will find a copy of my Docketing Statement pursuant to rule 32.1.
        Clerk at your earliest convienance if there is any fee's associated with this appeal that I may owe could you please advise me of them so that I may arrange for payment.

                              Sincerely
                              Billy D. Caldwell
                              TDCJ-ID # 1494105
                              Pro Se Appellant
                              1502 S. First St
                              Diboll, Texas 75941